THOMAS THORN et al., Respondents, *v.* THE METROPOLITAN ELEVATED RAILWAY COMPANY et al., Appellants.

SAME *v.* SAME.

SAME *v.* SAME.

(Submitted February 12, 1892; decided March 8, 1892.)

APPEAL from judgments of the General Term of the Supreme Court in the first judicial department, entered upon orders made March 28, 1890, each of which affirmed a judgment in favor of plaintiffs, entered upon a decision of the court on trial at Special Term.

*Brainard Tolles* for appellants.

*William Mitchell* for respondents.

Agree to affirm judgments upon opinion in *Mitchell* v. *Met. E. R. Co.* (*ante*, page 552).
All concur.
Judgment affirmed.